## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**-v-**                                      **CASE NO. 2:23-CR-003-002**
                                             **JUDGE WATSON**

                                             **ORAL HEARING REQUESTED**
**AMBER LIMOLI,**

### DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

Defendant, Amber Limoli, pursuant to 18 U.S.C. § 3145(b), respectfully requests the

Court issue an Order revoking the previous order of detention and releasing him on conditions

which include house arrest and electronic monitoring for the reasons set forth in the

accompanying memorandum.

*s/ Joseph R. Landusky II*
Joseph R. Landusky II (0038073)
901 SOUTH HIGH STREET
COLUMBUS, OHIO 43206
(614) 449-0449
joelandusky@gmail.com
Trial Attorney for Amber Limoli

### MEMORANDUM IN SUPPORT

The Order of Detention indicates Ms. Limoli' eligibility for detention is based upon the

motion of the Government pursuant to 18 U.S.C. § 3142(f)(1). (Doc. 66). The Magistrate Judge

found Ms. Limoli failed to introduce sufficient evidence to rebut the presumption contained in

Section 3142(e)(3). (Doc. 78, PageID 184).

Amber is over 8 months pregnant. Her due date is January 1, 2025. She is presently

housed at Franklin County Corrections Center II. That facility is not a hygienic environment. She

will need to be transported to a hospital for delivery. Following the birth, she will be unable to care for or nurse the child while incarcerated. The pretrial services report recommended that Ms. Limoli be released on the following conditions:

1.      Submit and report for supervision to the Pretrial Services Office;

2.      Continue or actively seek employment;

3.      Reside at an address approved by Pretrial Services;

4.      Surrender any passport to the Clerk of Courts by;

5.      Not obtain a passport or other international travel document;

6.      Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. & 802, unless prescribed by a licensed medical practitioner;

7.      Submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance screening or testing; and

8.      Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

If released, Amber will abide by all conditions imposed by the Court.

Wherefore, Ms. Limoli respectfully requests the Court revoke the detention order and order her release on personal recognizance, subject to the least restrictive conditions of release which will reasonably assure the defendant's appearance in court and the safety of the community, including, if the Court deems appropriate, electronic monitoring, work release and

curfew.

Furthermore, Ms. Limoli requests a re-hearing or other oral hearing before this Court so that she may fully address the factors of bond.

Respectfully submitted,

s/ Joseph R. Landusky II
__Joseph R. Landusky II (0038-73)
901 South High Street
Columbus, Ohio 43206
(614) 449–0449
joelandusky@gmail.com
Trial Attorney for Amber Limoli

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon all counsel of record using the Court's CM/ECF system, this 6th day of December, 2024.

s/ Joseph R. Landusky II
Joseph R. Landusky II